| | |
|---|---|
| ATTORNEY GRIEVANCE COMM'N * <br> OF MARYLAND | IN THE <br> COURT OF APPEALS <br> OF MARYLAND |
| Petitioner, * | |
| | * Misc. Docket AG No. 36 |
| v. | |
| | * September Term, 2018 |
| Ivan Yacub | |
| | * |
| Respondent. | |
| | * |

## ORDER

This matter came before the Court on the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Ivan Yacub. The Court having considered the Joint Petition and the record herein, it is this 12th day of December, 2018;

ORDERED, that the Respondent, Ivan Yacub, be and hereby is REPRIMANDED for violating Rule 1.15 of the Maryland Lawyers' Rules of Professional Conduct.

/s/ Mary Ellen Barbera
Chief Judge